# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 09, 2018

Herbert Studstill El
6296 Carnegie Street
Romulus, MI 48174

           Re: Case No. 18-1211, *Herbert Studstill El v. Debbie Hunt*
                Originating Case No. : 2:18-mc-50105

Mr. Studsill El,

   The Court issued the enclosed order today in this case.

                         Sincerely yours,

                         s/Cheryl Borkowski
                         Case Manager
                         Direct Dial No. 513-564-7035

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 18-1211

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

HERBERT STUDSTILL EL

    Plaintiff - Appellant

v.

DEBBIE S. HUNT

    Defendant - Appellee

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by **MARCH 29, 2018**.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 09, 2018

_____